UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61834-Civ-Cohn/Seltzer

RODOLFO CAPOTE,

    Plaintiff,

v.

UNITED COLLECTION BUREAU INC.,

    Defendant.
_____/

## STATUS REPORT

As required by the Court Order Setting Hearing, (DE 39), Plaintiff's counsel, informs the court that Defendant's Deposition has been set for 2:00 PM, June 29th, at Legal Video Services Inc. Suite 205, 700 South East 3rd Avenue, Fort Lauderdale, Florida, 33316.

    Donald A. Yarbrough, Esq.
    Post Office Box 11842
    Fort Lauderdale, Florida  33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235


    By:  /s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61834-Civ-Cohn/Seltzer

RODOLFO CAPOTE,

    Plaintiff,

v.

UNITED COLLECTION BUREAU INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
Suite A
2124 West Kennedy Boulevard
Tampa, FL 33606
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF