UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 09-CV-61834-Cohn-Seltzer

RODOLFO CAPOTE,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL

COME NOW the Parties, by and through undersigned counsels, and hereby stipulate that the Plaintiff's claims shall be dismissed based upon a settlement between the parties. The parties request that this Court retain jurisdiction for the instant matter should it be necessary to seek court intervention to enforce the parties' settlement agreement.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Golden & Scaz, PLLC |
| Fort Lauderdale, Florida 33339 | Suite A |
| Telephone: 954-537-2000 | 2124 West Kennedy Boulevard |
| Facsimile: 954-566-2235 | Tampa, FL 33606 |
| | Telephone: 813-251-3632 |
| | Facsimile: 813-251-3675 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Dale T. Golden |
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 09-CV-61834-Cohn-Seltzer

RODOLFO CAPOTE,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    This matter is before the Court on the parties Stipulation for Dismissal filed August 11, 2010.  It is hereby

    ORDERED that this action is DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction for 60 days from this date to enforce the terms of the parties' settlement agreement.

    DONE and ORDERED in Chambers in Ft. Lauderdale, Florida, this \_\_\_ day of August, 2010.

                                          _____
                                          James I. Cohn
                                          United States District Judge

Copies furnished to all parties of record